1

## __TABLE OF EXHIBITS__

2

__Page #__

3     Exhibit A ...........................................................................................................1

4     Exhibit B ...........................................................................................................7

5     Exhibit C .........................................................................................................15

6

7     13852387

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US00D523461S

(12) **United States Design Patent** (10) Patent No.: **US D523,461 S**

Jannard et al. (45) Date of Patent: ✶✶ **Jun. 20, 2006**

(54) **EYEGLASS COMPONENT**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Lek Thixton**, Orcas, WA (US)

(73) Assignee: **Oakley, Inc.,** Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/227,304**

(22) Filed: **Apr. 7, 2005**

**Related U.S. Application Data**

(62) Division of application No. 29/218,487, filed on Dec. 2, 1906.

(51) **LOC (8) Cl.** .................................. **16-06**

(52) **U.S. Cl.** ..................... **D16/309;** D16/330; D16/335

(58) **Field of Classification Search** ........ D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 158, 92, 103–111, 130, 351/61; 2/426–432, 448, 441, 447, 434–437; D14/189, 192, 372

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D137,753 S | 4/1944 | Rey | |
| D146,538 S | 4/1947 | Gagnon | |
| D207,919 S | * 6/1967 | Lui | 351/158 |
| 3,665,122 A | 5/1972 | Weiss | |
| 3,741,635 A | 6/1973 | Wortman | |
| 3,809,829 A | 5/1974 | Vignini et al. | |
| 3,883,701 A | 5/1975 | Delorenzo | |
| 4,773,095 A | 9/1988 | Zwicker et al. | |
| 4,856,086 A | 8/1989 | McCullough | |
| 4,882,769 A | 11/1989 | Gallimore | |
| 4,904,078 A | 2/1990 | Gorike | |
| 5,020,150 A | 5/1991 | Shannon | |
| 5,029,216 A | 7/1991 | Jhabvala et al. | |
| 5,159,639 A | 10/1992 | Shannon et al. | |
| 5,281,957 A | 1/1994 | Schoolman | |
| 5,335,285 A | 8/1994 | Gluz | |
| 5,367,345 A | 11/1994 | da Silva | |
| D371,383 S | 7/1996 | Goldman | |
| 5,579,400 A | 11/1996 | Ballein | |
| 5,606,743 A | 2/1997 | Vogt et al. | |
| 5,608,808 A | 3/1997 | da Silva | |
| 5,694,475 A | 12/1997 | Boyden | |
| 5,715,323 A | 2/1998 | Walker | |
| 5,717,479 A | 2/1998 | Rickards | |
| 5,737,436 A | 4/1998 | Boyden | |
| 5,781,272 A | * 7/1998 | Bright et al. | 351/123 |
| D418,153 S | * 12/1999 | Haney | D14/189 |
| 6,010,216 A | 1/2000 | Jesiek | |
| 6,012,812 A | 1/2000 | Rickards | |
| D426,845 S | * 6/2000 | Green et al. | D16/335 |
| 6,091,546 A | 7/2000 | Spitzer | |
| 6,091,832 A | 7/2000 | Shurman et al. | |
| D435,058 S | * 12/2000 | Green et al. | D16/314 |
| D445,416 S | 7/2001 | Glezerman | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/218,487, filed Dec. 2, 2004, Jannard, et al.
Oakley, Inc., Oakley Official Eyewear Catalog 2003/2004, Oakley, Inc., published May 2003, Foothill Ranch, California.

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass component of the present invention;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. **5** is a top elevational view thereof; and,
FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT A**
**PAGE 1**

**US D523,461 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,272,359 | B1 | 8/2001 | Kivela et al. |
| 6,301,050 | B1 | 10/2001 | DeLeon |
| 6,301,367 | B1 | 10/2001 | Boyden et al. |
| 6,409,338 | B1 * | 6/2002 | Jewell ........................ 351/158 |
| 6,421,031 | B1 | 7/2002 | Ronzani et al. |
| D462,708 | S * | 9/2002 | Miller et al. ............... D16/309 |
| 6,456,721 | B1 | 9/2002 | Fukuda |

| | | | |
|---|---|---|---|
| 2002/0098877 | A1 | 7/2002 | Glezerman |
| 2002/0197961 | A1 | 12/2002 | Warren |
| 2003/0022690 | A1 | 1/2003 | Beyda et al. |
| 2003/0068057 | A1 | 4/2003 | Miller et al. |
| 2004/0000733 | A1 | 1/2004 | Swab et al. |
| 2004/0132509 | A1 | 7/2004 | Glezerman |
| 2004/0239874 | A1 | 12/2004 | Swab et al. |

* cited by examiner



# FIG. 1



## FIG. 2



## FIG. 3



## FIG. 4



# FIG. 5



*FIG. 6*

# EXHIBIT B

# Knobbe Martens Olson & Bear LLP

### Intellectual Property Law

2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
www.knobbe.com

Michael K. Friedland
mfriedland@kmob.com

June 22, 2012

### VIA FEDERAL EXPRESS AND FACSIMILE
(540) 949-4220

Jaymie Smollens
Hire Order. Ltd. d/b/a HandsFreeVideo.com
59 Kite Place
Waynesboro, Virginia 22980

Re:     Oakley, Inc.'s Intellectual Property
        Our Reference:  OAKLY1.573IS

Dear Mr. Smollens:

We represent Oakley, Inc. in connection with intellectual property matters.  Oakley has pioneered a variety of innovations in the field of eyewear, including sunglasses and goggles. Oakley has invested considerable resources into the development of its proprietary technology. In order to protect its investment, Oakley has obtained numerous trademarks and patents, including U.S. Design Patent No. D523,461 (the "D461 patent"), which is enclosed herewith.

Under 35 U.S.C. § 271, any entity that, without permission, makes, uses, offers to sell, sells or imports a product covered by the D461 patent infringes Oakley's patent rights.  We have determined that the Sportsman Eyewear video recording system ("Accused Product") sold on your website infringes the claim of Oakley's D461 patent.

Oakley takes infringement of its patent rights very seriously.  Oakley recently filed two separate lawsuits in Federal Court to enforce its D461 patent against several accused infringers who, like HandsFreeVideo.com, sold eyewear which were blatant copies of Oakley's claimed design.  These lawsuits include:

- *Oakley, Inc. v. Predator Outdoor Products et al.*, Case No. SACV11-00456 JVS, filed March 22, 2011 in the United States District Court for the Central District of California;

- *Oakley, Inc. v. Talitor et al.*, Case No. 3:11-cv-01305 DMS, filed June 14, 2011 in the United States District Court for the Southern District of California.

| San Diego | San Francisco | Los Angeles | Riverside | Seattle | Washington, DC | Silicon Valley |
| 858-707-4000 | 415-954-4114 | 310-551-3450 | 951-781-9231 | 206-405-2000 | 202-640-6400 | 650-752-1100 |

EXHIBIT B
PAGE 7

**Knobbe Martens Olson & Bear LLP**

Jaymie Smollens
June 22, 2012
Page -2-

We demand that you immediately cease further infringement of the D461 patent. We also demand that you pay to Oakley any and all damages that are sufficient to compensate Oakley for its losses related to this patent. In order to determine the amount of damages, we further demand that you account to us for all sales of infringing products.

We request that you provide this information and confirm by **July 2, 2012** that you will fully comply with Oakley's demand to cease infringing Oakley's intellectual property rights and will provide the requested sales information. Otherwise, we will file a patent infringement lawsuit against Hire Order. Ltd., d/b/a HandsFreeVideo.com, in the United States District Court for the Central District of California. Any further sales of infringing products will constitute additional evidence of willful infringement, which may entitle Oakley to recover enhanced monetary damages, including treble damages and attorneys' fees.

Sincerely,

Michael K. Friedland

Enclosure:     U.S. Design Patent No. D523,461

13404973
060612

**EXHIBIT B**
**PAGE 8**

US00D523461S

(12) **United States Design Patent**    (10) Patent No.:    **US D523,461 S**
Jannard et al.                          (45) Date of Patent:    **       Jun. 20, 2006**

(54) **EYEGLASS COMPONENT**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Lek Thixton**, Orcas, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/227,304**

(22) Filed: **Apr. 7, 2005**

**Related U.S. Application Data**

(62) Division of application No. 29/218,487, filed on Dec. 2, 1906.

(51) LOC (8) Cl. .................................................. **16-06**
(52) U.S. Cl. ...................... **D16/309**; D16/330; D16/335
(58) **Field of Classification Search** ........ D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 158, 92, 103–111, 130, 351/61; 2/426–432, 448, 441, 447, 434–437; D14/189, 192, 372
See application file for complete search history.

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D137,753 | S | 4/1944 | Rey |
| D146,538 | S | 4/1947 | Gagnon |
| D207,919 | S * | 6/1967 | Lui .............................. 351/158 |
| 3,665,122 | A | 5/1972 | Weiss |
| 3,741,635 | A | 6/1973 | Wortman |
| 3,809,829 | A | 5/1974 | Vignini et al. |
| 3,883,701 | A | 5/1975 | Delorenzo |
| 4,773,095 | A | 9/1988 | Zwicker et al. |
| 4,856,086 | A | 8/1989 | McCullough |
| 4,882,769 | A | 11/1989 | Gallimore |
| 4,904,078 | A | 2/1990 | Gorike |
| 5,020,150 | A | 5/1991 | Shannon |
| 5,029,216 | A | 7/1991 | Jhabvala et al. |
| 5,159,639 | A | 10/1992 | Shannon et al. |
| 5,281,957 | A | 1/1994 | Schoolman |

| | | | | |
|---|---|---|---|---|
| 5,335,285 | A | 8/1994 | Gluz | |
| 5,367,345 | A | 11/1994 | da Silva | |
| D371,383 | S | 7/1996 | Goldman | |
| 5,579,400 | A | 11/1996 | Ballein | |
| 5,606,743 | A | 2/1997 | Vogt et al. | |
| 5,608,808 | A | 3/1997 | da Silva | |
| 5,694,475 | A | 12/1997 | Boyden | |
| 5,715,323 | A | 2/1998 | Walker | |
| 5,717,479 | A | 2/1998 | Rickards | |
| 5,737,436 | A | 4/1998 | Boyden | |
| 5,781,272 | A | * 7/1998 | Bright et al. | ................ 351/123 |
| D418,153 | S | * 12/1999 | Haney | ...................... D14/189 |
| 6,010,216 | A | 1/2000 | Jesiek | |
| 6,012,812 | A | 1/2000 | Rickards | |
| D426,845 | S | * 6/2000 | Green et al. | ................ D16/335 |
| 6,091,546 | A | 7/2000 | Spitzer | |
| 6,091,832 | A | 7/2000 | Shurman et al. | |
| D435,058 | S | * 12/2000 | Green et al. | ................ D16/314 |
| D445,416 | S | 7/2001 | Glezerman | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/218,487, filed Dec. 2, 2004, Jannard et al. Oakley, Inc., Oakley Official Eyewear Catalog 2003/2004, Oakley, Inc., published May 2003, Foothill Ranch, California.

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)           **CLAIM**

The ornamental design for an eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass component of the present invention;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. **5** is a top elevational view thereof; and,
FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT B**
**PAGE 9**

**US D523,461 S**
Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,272,359 B1 | 8/2001 | Kivela et al. | |
| 6,301,050 B1 | 10/2001 | DeLeon | |
| 6,301,367 B1 | 10/2001 | Boyden et al. | |
| 6,409,338 B1 * | 6/2002 | Jewell ........................ | 351/158 |
| 6,421,031 B1 | 7/2002 | Ronzani et al. | |
| D462,708 S * | 9/2002 | Miller et al. ................ | D16/309 |
| 6,456,721 B1 | 9/2002 | Fukuda | |

| | | |
|---|---|---|
| 2002/0098877 A1 | 7/2002 | Glezerman |
| 2002/0197961 A1 | 12/2002 | Warren |
| 2003/0022690 A1 | 1/2003 | Beyda et al. |
| 2003/0068057 A1 | 4/2003 | Miller et al. |
| 2004/0000733 A1 | 1/2004 | Swab et al. |
| 2004/0132509 A1 | 7/2004 | Glezerman |
| 2004/0239874 A1 | 12/2004 | Swab et al. |

* cited by examiner

**EXHIBIT B**
**PAGE 10**

**U.S. Patent**       Jun. 20, 2006       Sheet 1 of 4       US D523,461 S



*FIG. 1*



## FIG. 2



## FIG. 3



## FIG. 4



**FIG. 5**



*FIG. 6*

# EXHIBIT C

# Knobbe Martens Olson & Bear LLP

### Intellectual Property Law

2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
www.knobbe.com

Michael K. Friedland
mfriedland@kmob.com

June 22, 2012

**VIA FEDERAL EXPRESS AND FACSIMILE**

(814) 669-1953

Donald Butler
Global One Sales
6447 William Penn Highway
Alexandria, Pennsylvania 16611

      Re:    Oakley, Inc.'s Intellectual Property
            Our Reference:  OAKLY1.573IS

Dear Mr. Butler:

We represent Oakley, Inc. in connection with intellectual property matters.  Oakley has pioneered a variety of innovations in the field of eyewear, including sunglasses and goggles. Oakley has invested considerable resources into the development of its proprietary technology. In order to protect its investment, Oakley has obtained numerous trademarks and patents, including U.S. Design Patent No. D523,461 (the "D461 patent"), which is enclosed herewith.

Under 35 U.S.C. § 271, any entity that, without permission, makes, uses, offers to sell, sells or imports a product covered by the D461 patent infringes Oakley's patent rights.  We have determined that your Sportsman Eyewear video recording system ("Accused Product") infringes the claim of Oakley's D461 patent.

Oakley takes infringement of its patent rights very seriously.  Oakley recently filed two separate lawsuits in Federal Court to enforce its D461 patent against several accused infringers who, like Sportsman Eyewear, sold eyewear which were blatant copies of Oakley's claimed design.  These lawsuits include:

- *Oakley, Inc. v. Predator Outdoor Products et al.*, Case No. SACV11-00456 JVS, filed March 22, 2011 in the United States District Court for the Central District of California;

- *Oakley, Inc. v. Talitor et al.*, Case No. 3:11-cv-01305 DMS, filed June 14, 2011 in the United States District Court for the Southern District of California.

**EXHIBIT C**

**PAGE 15**

**Knobbe Martens Olson & Bear LLP**

Donald Butler
June 22, 2012
Page -2-

We demand that you immediately cease further infringement of the D461 patent. We also demand that you pay to Oakley any and all damages that are sufficient to compensate Oakley for its losses related to this patent. In order to determine the amount of damages, we further demand that you account to us for all sales of infringing products.

We request that you provide this information and confirm by **July 2, 2012** that you will fully comply with Oakley's demand to cease infringing Oakley's intellectual property rights and will provide the requested sales information. Otherwise, we will file a patent infringement lawsuit against Global One Sales in the United States District Court for the Central District of California. Any further sales of infringing products will constitute additional evidence of willful infringement, which may entitle Oakley to recover enhanced monetary damages, including treble damages and attorneys' fees.

Sincerely,

Michael K. Friedland

Enclosure:     U.S. Patent No. 7,971,268

13409702
060612

**EXHIBIT C**
**PAGE 16**

US00D523461S

(12) **United States Design Patent**     (10) Patent No.:     **US D523,461 S**
Jannard et al.                            (45) Date of Patent:     **     Jun. 20, 2006**

(54) **EYEGLASS COMPONENT**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Lek Thixton**, Orcas, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/227,304**

(22) Filed: **Apr. 7, 2005**

**Related U.S. Application Data**

(62) Division of application No. 29/218,487, filed on Dec. 2, 1906.

(51) LOC (8) Cl. ................................................. **16-06**

(52) U.S. Cl. ..................... **D16/309**; D16/330; D16/335

(58) Field of Classification Search ........ D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 158, 92, 103–111, 130, 351/61; 2/426–432, 448, 441, 447, 434–437; D14/189, 192, 372
See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D137,753 | S | 4/1944 | Rey |
| D146,538 | S | 4/1947 | Gagnon |
| D207,919 | S * | 6/1967 | Lui ............................. 351/158 |
| 3,665,122 | A | 5/1972 | Weiss |
| 3,741,635 | A | 6/1973 | Wortman |
| 3,809,829 | A | 5/1974 | Vignini et al. |
| 3,883,701 | A | 5/1975 | Delorenzo |
| 4,773,095 | A | 9/1988 | Zwicker et al. |
| 4,856,086 | A | 8/1989 | McCullough |
| 4,882,769 | A | 11/1989 | Gallimore |
| 4,904,078 | A | 2/1990 | Gorike |
| 5,020,150 | A | 5/1991 | Shannon |
| 5,029,216 | A | 7/1991 | Jhabvala et al. |
| 5,159,639 | A | 10/1992 | Shannon et al. |
| 5,281,957 | A | 1/1994 | Schoolman |
| 5,335,285 | A | 8/1994 | Gluz |
| 5,367,345 | A | 11/1994 | da Silva |
| D371,383 | S | 7/1996 | Goldman |
| 5,579,400 | A | 11/1996 | Ballein |
| 5,606,743 | A | 2/1997 | Vogt et al. |
| 5,608,808 | A | 3/1997 | da Silva |
| 5,694,475 | A | 12/1997 | Boyden |
| 5,715,323 | A | 2/1998 | Walker |
| 5,717,479 | A | 2/1998 | Rickards |
| 5,737,436 | A | 4/1998 | Boyden |
| 5,781,272 | A * | 7/1998 | Bright et al. ................ 351/123 |
| D418,153 | S * | 12/1999 | Haney ........................ D14/189 |
| 6,010,216 | A | 1/2000 | Jesiek |
| 6,012,812 | A | 1/2000 | Rickards |
| D426,845 | S * | 6/2000 | Green et al. ................ D16/335 |
| 6,091,546 | A | 7/2000 | Spitzer |
| 6,091,832 | A | 7/2000 | Shurman et al. |
| D435,058 | S * | 12/2000 | Green et al. ................ D16/314 |
| D445,416 | S | 7/2001 | Glezerman |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/218,487, filed Dec. 2, 2004, Jannard, et al.
Oakley, Inc., Oakley Official Eyewear Catalog 2003/2004, Oakley, Inc., published May 2003, Foothill Ranch, California.

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)              **CLAIM**

The ornamental design for an eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass component of the present invention;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. **5** is a top elevational view thereof; and,
FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT C**
**PAGE 17**

**US D523,461 S**

Page 2

---

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,272,359 | B1 | 8/2001 | Kivela et al. |
| 6,301,050 | B1 | 10/2001 | DeLeon |
| 6,301,367 | B1 | 10/2001 | Boyden et al. |
| 6,409,338 | B1 * | 6/2002 | Jewell ........................ 351/158 |
| 6,421,031 | B1 | 7/2002 | Ronzani et al. |
| D462,708 | S * | 9/2002 | Miller et al. ............... D16/309 |
| 6,456,721 | B1 | 9/2002 | Fukuda |

| | | | |
|---|---|---|---|
| 2002/0098877 | A1 | 7/2002 | Glezerman |
| 2002/0197961 | A1 | 12/2002 | Warren |
| 2003/0022690 | A1 | 1/2003 | Beyda et al. |
| 2003/0068057 | A1 | 4/2003 | Miller et al. |
| 2004/0000733 | A1 | 1/2004 | Swab et al. |
| 2004/0132509 | A1 | 7/2004 | Glezerman |
| 2004/0239874 | A1 | 12/2004 | Swab et al. |

* cited by examiner

**EXHIBIT C**
**PAGE 18**

**U.S. Patent**      Jun. 20, 2006      Sheet 1 of 4      US D523,461 S



*FIG. 1*

EXHIBIT C
PAGE 19



**FIG. 2**



**FIG. 3**



**FIG. 4**

**EXHIBIT C**
**PAGE 20**



*FIG. 5*

**EXHIBIT C**
**PAGE 21**



*FIG. 6*

**EXHIBIT C**
**PAGE 22**