1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>                                    Plaintiff,<br>   vs.<br>HIRE ORDER, LTD., d/b/a<br>HANDSFREEVIDEO.COM, a Virginia corporation, et al.,<br><br>                                  Defendants. | CASE NO. 12cv2346 DMS (MDD)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on November 27, 2012. Boris Zelkind and Ali Razai appeared on behalf of Plaintiff, and John Buche and Lindsey Molnar appeared on behalf of Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Defendants shall file an Answer to the Complaint on or before **December 11, 2012**.

2. On or before **December 27, 2012**, Defendants shall file their motion for summary judgment of non-infringement. The parties shall have sixty days from the date the motion is filed to complete streamlined discovery on the issues raised in Defendants' motion. Defendants' motion shall be heard on **March 29, 2013**, at **1:30 p.m.** Plaintiff's opposition to the motion shall be filed on or before

/ / /

/ / /

/ / /

- 1 -

1 | **March 8, 2013**, and Defendants' reply shall be filed on or before **March 15, 2013**.

2 | DATED:  November 27, 2012

HON. DANA M. SABRAW
United States District Judge