John Karl Buche (SBN 239477)
Lindsay D. Molnar (SBN 275156)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
(858) 459-9111
(858) 459-9120 Fax
jbuche@buchelaw.com
lmolnar@buchelaw.com

Attorneys for Defendants Hire Order, LTD and
Global One Sales and Distribution Sportsman Eyewear, LLC.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HIRE ORDER, LTD., d/b/a HANDS-FREEVIDEO.COM, a Virginia corporation, and GLOBAL ONE SALES AND DISTRIBUTION SPORTSMAN EYEWEAR, LLC, a Pennsylvania company,<br><br>Defendants. | **Case No. 12-cv-2346-DMS (WMC)**<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT FOR NON-INFRINGEMENT**<br><br>Judge: Hon. Dana M. Sabraw<br>Hearing Date: March 29, 2013<br>Time: 1:30 p.m.<br>Courtroom: 13A – 13th Floor |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Hire Order, Ltd., d/b/a HandsFreeVideo.com and Global One Sales and Distribution Sportsman Eyewear, LLC (collectively, "Defendants") hereby move for Partial Summary Judgment of Non-Infringement and that said motion will be heard by the Honorable Dana M. Sabraw, United States District Court for the Southern District of California, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, Courtroom 13A-13th Floor, San Diego, California 92101, on March 29, 2013, at 1:30 p.m.

Plaintiff Oakley, Inc. ("Oakley") accuses Defendants of infringement with respect to U.S. Patent No. D523,461 (the "'461 Patent"). Pursuant to *Fed. R. Civ. P.* 56, Defendants seek partial summary judgment of non-infringement as to the '461 Patent. Defendants do not make, use, offer to sell, or sell any products accused of infringing the '461 Patent. Accordingly, there is no genuine issue of material fact and Defendants are entitled to judgment of non-infringement as a matter of law.

Defendants rely on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the supporting Declaration of John K. Buche exhibits attached thereto, the records before the Court in this matter; and any additional evidence or argument that may be presented to or at the hearing.

Dated:  December 27, 2012

Respectfully Submitted,

/s/ John K. Buche
John K. Buche
BUCHE & ASSOCIATES, P.C.
*Attorneys for Defendants Hire Order, LTD., d/b/a HandsFreeVideo.com and  Global One Sales and Distribution Sportsman Eyewear, LLC*