*1*
*2*
*3*
*4*
*5*
*6*
*7*
*8*
*9*
*10*
*11*
*12*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

*13*
*14*
*15*
*16*
*17*
*18*
*19*
*20*

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, ) | Case No. 12CV02346 DMS (WMC) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT** |
| ) | **MOTION TO EXTEND TIME TO** |
| v. ) | **RESPOND TO COUNTERCLAIMS** |
| ) | |
| HIRE ORDER, LTD., d/b/a ) | |
| HANDSFREEVIDEO.COM, a Virginia ) | |
| corporation, and GLOBAL ONE SALES AND ) | |
| DISTRIBUTION SPORTSMAN EYEWEAR, ) | |
| LLC, a Pennsylvania company. ) | |
| ) | |
| Defendants. ) | Honorable Dana. M. Sabraw |
| ) | |

*21*
*22*
*23*
*24*
*25*
*26*
*27*
*28*

1  The Court, having considered the parties' Joint Stipulation to Extend Time for Plaintiff Oakley to Respond to Defendants' Counterclaims, and for good cause showing, hereby GRANTS the Joint Stipulation.  The time for Oakley to respond to Defendants' Counterclaims shall be extend to fourteen (14) days after the Court rules on Defendants' Motion for Summary Judgment of Non-Infringement [Doc. 17].

**IT IS SO ORDERED**

Dated: January 29, 2013

_____
Honorable Dana M. Sabraw
United States District Court Judge

14742741