# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>                                 Plaintiff,<br>vs.<br>HIRE ORDER, LTD., d/b/a HANDSFREEVIDEO.COM, a Virginia corporation, et al.,<br><br>                                 Defendants. | CASE NO. 12cv2346 DMS (MDD)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant's motion for partial summary judgment of non-infringement is currently scheduled for hearing on March 29, 2013. The Court has reviewed the parties' briefs and the evidence submitted therewith, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the March 29, 2013 hearing is vacated.

**IT IS SO ORDERED**.

DATED: March 26, 2013

                                              HON. DANA M. SABRAW
                                              United States District Judge