UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE JILL L. BURKHARDT | **TRANSFER ORDER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Ruben B. Brooks to the calendar of the Honorable Jill L. Burkhardt for all further proceedings. All future conference or hearing dates set before Magistrate Judge Brooks, if any, are **VACATED** and will be rescheduled before Magistrate Judge Burkhardt. Any dates set before the District Judge remain unchanged.

| Case No. | Title |
|---|---|
| 11cv618-JLS-RBB | Marketquest Group, Inc. v. Societe Bic, S.A. et al |
| 11cv1570-GPC-RBB | Moore v. Tsui Grundmann |
| 11cv2397-GPC-RBB | Clean Earth Solutions, Inc. v. Vegte et al |
| 12cv1685-H-RBB | NEI Contracting and Engineering, Inc. v. Hanson Aggregates Pacific Southwest, Inc. et al. |
| 12cv2884-MMA-RBB | HM Electronics, Inc. v. R.F. Technologies, Inc. |
| 12cv2957-DMS-RBB | Burns v. United States of America et al |
| 13cv351-GPC-RBB | Federal Deposit Insurance Corporation v. Colbourne et al |
| 13cv564-BEN-RBB | Popescu v. California Department of Corrections and Rehabilitations et al |

```
1   13cv1450-MMA-RBB      Burgos v. The Regents of the University of
                          California et al
2   13cv2290-GPC-RBB      Aguilar v. Holder
    13cv2692-CAB-RBB      Capps v. Home Depot U.S.A., Inc. et al
3   13cv2700-BTM-RBB      Shimmick Construction Company, Inc. et al v.
                          Sicoma North America, Inc.
4   12cv1369-CAB-RBB      Enel Company, LLC v. Schaefer et al
    12cv2346-DMS-RBB      Oakley, Inc. v. Hire Order, Ltd. et al
5   13cv1272-GPC-RBB      Gonzalez v. Colvin
    13cv1034-JAH-RBB      Saleem et al v. Zamora et al
```

**IT IS SO ORDERED.**

Dated:   March 28, 2014

*/s/ Ruben Brooks*

RUBEN B. BROOKS
United States Magistrate Judge